IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD REYNOLDS, JR.,
        Plaintiff,
    v.
G. STARCEVICH ET AL.,
        Defendants.

2:11-cv-0326-GEB-CMK-P

ORDER

    It has just come to the undersigned judge's attention that Plaintiff filed a motion seeking transcripts at the government's expense. (ECF No. 50.) However, in light of the disposition of this case, Plaintiff's motion is denied.

Dated:  March 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1