IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD REYNOLDS, JR.,  )
                                )   2:11-cv-0326-GEB-CMK-P
      Plaintiff,  )
                                )
  v.  )   <u>ORDER</u>
                                )
G. STARCEVICH ET AL.,  )
                                )
      Defendants.  )
_____  )

       It has just come to the undersigned judge's attention that Plaintiff filed a motion seeking transcripts at the government's expense. (ECF No. 50.) However, in light of the disposition of this case, Plaintiff's motion is denied.

Dated:  March 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge